IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ CAO _____ D.C.

2005 OCT -6 PM 4:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 05-20318-D |
| MAURICE NASH, | * | |
| Defendant. | * | |

05 OCT 13 AM 7:08 FILED BY _____ D.C.
THOMAS M. GOULD CLERK, U.S. DISTRICT COURT MEMPHIS

## MOTION TO REVIEW ORDER OF DETENTION

**Comes now** the defendant **Maurice Nash** by and through his counsel, **Doris Randle-Holt** and moves this Honorable Court to review the Order of Detention against Maurice Nash.

**In support thereof**, the defendant submits that he and mother, Minnie Nash has a lawn care business, "Elite Lawn Care Service". Defendant submits that his mother has an illness that affects her muscles. Defendant further submits that his mother acquired the loan to purchase the heavy equipment for the business at a cost of approximately $30,000.00. She is defendant upon the defendant to assist her in operating the business and earning income to pay for the equipment.

In Addition, Mr. Nash was the care giver for a two year old son, Maurice Jr. (M.J.). M.J. is now living with his mother who leaves him for up to three days at a time with strangers and friends.

Mr. Nash avers that if released on bond he will adhere to the conditions and restrictions set by the Court.

**MOTION GRANTED** for Hearing October 14, 2005
DATE: 10-12-2005

/s/ Bernice Bouie Donald
**BERNICE BOUIE DONALD**
**U.S. DISTRICT JUDGE**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-13-05

**Wherefore, premises considered** the defendant prays that this Honorable Court conduct a review of the order of detention in this cause.

Respectfully submitted,

STEPHEN B, SHANKMAN
FEDERAL DEFENDER

*/s/ Doris Randle-Holt*
Doris Randle-Holt
First Assistant Federal Defender
200 Jefferson, Suite 200
Memphis, TN 38103
Phone: (901) 544-3895

## CERTIFICATE OF SERVICE

I, Doris Randle-Holt, certify that I have this date delivered a true copy of the foregoing Motion to Review Order of Detention to, Mr. Joseph C. Murphy, Jr., Assistant United States Attorney, Clifford Davis Federal Building, Suite 800, 167 North Main Street, Memphis, TN 38103.

**THIS** the 5th day of October 2005.

*/s/ Doris Randle-Holt*
Doris Randle-Holt
First Assistant Federal Defender

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CR-20318 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT